IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02876-LTB

ANTHONY LAWRENCE GARCIA,

     Plaintiff,

v.

DAYNA LENE VISE, Denver Public Defender, Individually and in Her Official Capacities,

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

     Mr. Garcia has filed a Letter with the Court (ECF No. 10) asking to be relieved from making payments toward the filing fee.  This action was dismissed on December 8, 2011.  Mr. Garcia was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 on November 10, 2011.  (ECF No. 3).  The November 10, 2011 Order advised him that he is obligated to make monthly payments, such as are available from his inmate trust fund account, until the filing fee is paid in full.   Payment of the filing fee is required by 28 U.S.C. § 1915(b)(1).  Mr. Garcia does not provide any documentation to indicate that the filing fee has been paid in full.  Accordingly, Mr. Garcia's request for relief from making payments toward the filing fee is DENIED.

Dated:  April 8, 2014

---